# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1961

_____

Rahjah Jahhar,        *
       *
       Appellant,        *
       *
       v.        *    Appeal from the United States
       *    District Court for the
Hennepin County Medical Center;    *    District of Minnesota.
Minnesota Civil Liberties Union,    *
       *    [Unpublished]
       Appellees.        *

_____

Submitted:    May 7, 1999
Filed:    May 24, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Rahjah Jahhar appeals the dismissal of his lawsuit by the district court[1] for lack of subject matter jurisdiction and expiration of the statute of limitations. After carefully reviewing the record, we conclude the district court properly dismissed Jahhar's lawsuit. Accordingly, the judgment is affirmed. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.